HELENA F. COLLINS, Respondent, *v.* CENTRAL TRUST COMPANY OF ROCHESTER et al., as Executors of J. RAYMOND KELLY, Deceased, Appellants.

(Argued November 24, 1930; decided January 6, 1931.)

*J. Sawyer Fitch* for appellants.
*H. H. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.